Edward J. Damer, Plaintiff-Appellant, v. Burton Browne and Gaslight Club, Inc., an Illinois Corporation, Defendants-Appellees.

Gen. No. 50,527.

First District, Fourth Division.

May 19, 1967.

Rehearing denied June 19, 1967.

McKay, Moses, McGarr & Gibbons, of Chicago (Donald J. Parker, of counsel), for appellant; Fein & Pesmen, of Chicago (Harold A. Fein and Jules G. Cogan, of counsel), for appellees. Opinion by JUSTICE McCORMICK. Not to be published in full.